**No. 61424.**—Morris Friedman *v.* United States, protests 297681–K and 306798-K (Philadelphia).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of metal seals for bottles and metal disks or caps, not decorated, colored, waxed, lacquered, enameled, lithographed, electroplated, nor embossed in color, the same in all material respects as the merchandise the subject of *Cribari & Sons* v. *United States* (1 Cust. Ct. 19, C. D. 6), the claim of the plaintiff was sustained.